1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MCCAULOU-BERNATZ et al, | Case No. 23-cv-00005-CRB (LB) |
| Plaintiffs, | |
| v. | **NOTICE OF DISCOVERY PROCEDURES** |
| INSURANCE SUPERMARKET, INC. | Re: ECF No. 22 |
| Defendant. | |

Because the parties have a discovery dispute, the district judge referred all discovery matters to the undersigned. (Notice – ECF No. 21; Order – ECF No. 22.) To raise the dispute, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: July 14, 2023

LAUREL BEELER
United States Magistrate Judge