1 | Rachel E. Kaufman (CSB# 259353)
2 | rachel@kaufmanpa.com
  | KAUFMAN P.A.
3 | 237 South Dixie Highway, 4th Floor
  | Coral Gables, FL 33133
4 | Telephone: (305) 469-5881

5 | Attorney for Plaintiffs
  | NANCY MCCAULOU-BERNATZ, et al. and the
6 | Proposed Classes

7 | Shannon B. Nakabayashi (State Bar No. 215469)
  | Robert Yang (State Bar No. 312964)
8 | JACKSON LEWIS P.C.
  | 50 California Street, 9th Floor
9 | San Francisco, California 94111-4615
  | Telephone: (415) 394-9400
10 | Facsimile: (415) 394-9401
  | E-mail: Shannon.Nakabayashi@jacksonlewis.com
11 | E-mail: Rob.Yang@jacksonlewis.com

12 | Attorneys for Defendant
  | INSURANCE SUPERMARKET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NANCY MCCAULOU-BERNATZ, et al., | Case No. 3:23-cv-00005-CRB |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO DISMISS** |
| v. | |
| INSURANCE SUPERMARKET, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs NANCY MCCAULOU-BERNATZ ("McCaulou"), PAUL JENSEN ("Jensen"), and TANEISHA SIMMONS ("Simmons") (together, "Plaintiffs") and Defendant INSURANCE SUPERMARKET, INC. ("Defendant")

hereby stipulate to the dismissal of this action with prejudice as to Plaintiffs' individual claims, with each party to bear its own attorneys' fees and costs.

Dated: February 9, 2026                                KAUFMAN P.A.

                                                       By:   /s/ Rachel E. Kaufman
                                                             Rachel E. Kaufman
                                                             Attorneys for Plaintiffs


                                                       JACKSON LEWIS P.C.


                                                       By:   /s/ Robert Yang
                                                             Shannon B. Nakabayashi
                                                             Robert Yang
                                                             Attorneys for Defendant
                                                             INSURANCE SUPERMARKET, INC.

**Attestation Regarding Signatures**

I, Rachel E. Kaufman, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 9, 2026

                                                       By:   /s/ Rachel E. Kaufman
                                                             Rachel E. Kaufman